THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VELVET J. VANDERSLICE,<br><br>Plaintiff,<br><br>v.<br><br>NANCY BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | CASE NO. C16-5293-JCC<br><br>ORDER AWARDING ATTORNEY FEES |

This matter comes before the Court on Plaintiff's unopposed motion for attorney fees, under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) (Dkt. No. 22). Plaintiff was the prevailing party on appeal of agency action and is thus entitled to an award of attorney fees and expenses. (*See* Dkt. Nos. 19, 20.) Accordingly, the Court GRANTS Plaintiff's motion. Pursuant to 28 U.S.C. § 2412(d), the Court AWARDS attorney fees in the amount of $6,714.31 and expenses in the sum of $8.92.

If the Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Department's Offset Program, then the check for attorney fees shall be made payable to Plaintiff's attorney, Eitan Kassel Yanich, based upon Plaintiff's assignment of these amounts to counsel. Whether the check is made payable to Plaintiff or to counsel, the check shall be mailed to Eitan Kassel Yanich at the following address: Eitan Kassel Yanich,

1 | PLLC, 203 Fourth Avenue E., Suite 321, Olympia, WA. 98501.

2 | DATED this 14th day of March 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER AWARDING ATTORNEY FEES
C16-5293-JCC
PAGE - 2